UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | USDC No. 11-cr-00055 (GMS) |
| WILLIAM BONEY, | |
| Defendant | |

MOTION FOR THE RETURN OF PERSONAL PROPERTY
PURSUANT TO FED. R. CRIM. P. 41(g)

Now comes the undersigned pro se defendant, William Boney ("Boney"), and pursuant to rule 41(g) of the Federal Rules of Criminal Procedure, respectfully moves this Honorable Court for an ORDER compelling the government to release his personal property, forthwith, and for the following reasons prays that his motion be GRANTED.

As grounds for this motion, Boney demonstrates as follows:

Boney was arrested by federal authorities on, inter

Agents confiscated Boney's cellular phone which contains thousands of personal photos of the birth of his infant.

The government has not lawfully sought forfeiture of the cellular phone nor has is demonstrated any compelling reason for further retainment thereof.

Boney has not waived interest in his personal property and is unlawfully being deprived thereof.

Accordingly, Boney moves for an ORDER compelling the government for release thereof or show cause for its further retention.

Respectfully submitted
William Boney
William Boney