IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BONEY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Civ. Act. No. 17-197-CFC |
| | ) Cr. Act. No. 11-55-CFC |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER

At Wilmington this  21st  day of July 2023;

For the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED** that:

1. Movant William Boney's "*Clisby* Motion Where District Court Failed to Address or Deny All Claims Set Forth in § 2255 Motion" (D.I. 222) is **DENIED**, whether considered as filed pursuant to *Clisby v. Jones*, 960 F.2d 925 (11th Cir. 1992) or construed to be a Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 60(b)(1) or Rule 60(b)(6).

2. The Court declines to issue a certificate of appealability because Movant has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

**IT IS FURTHER ORDERED THAT** Movant's Motion for Leave to Amend his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (D.I. 211) is

**DISMISSED** as moot.  Movant filed the Motion for Leave to Amend after the Court had already denied his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

_____
Colm F. Connolly
Chief Judge