IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BONEY, | ) |
| Movant, | ) ) ) |
| v. | )  Civ. Act. No. 17-197-CFC ) Cr. Act. No. 11-55-CFC ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

### ORDER

At Wilmington this 22nd day of January 2024;

For the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED** that:

1. Movant William Boney's "Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e) and 60(b)(1)" (D.I. 230) is **DENIED.**

2. The Court declines to issue a certificate of appealability because Movant has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

Colm F. Connolly
Chief Judge